SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>            Plaintiff,<br><br>    vs.<br><br>June Sun Ha, et al<br><br>            Defendants | Case No.: CIV.S 09-cv-00198-MCE-GGH<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>Complaint Filed: JANUARY 22, 2009 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2). The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

Dated: July 21, 2010

/s/W. Austin Cooper

W. AUSTIN COOPER,

Attorneys for Defendants

Dated: July 21, 2010

DISABLED ACCESS PREVENTS INJURY, INC.

/s/Scott N. Johnson
SCOTT N. JOHNSON,
Attorney for Plaintiff

**IT IS SO ORDERED**. The Clerk of Court is directed to close this file.

Dated: August 2, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE